IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **The Estate of Stephen C. Popovich,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:11-cv-2052 |
| | : | |
| v. | : | Judge Nugent |
| | : | |
| **Sony Music Entertainment, et al.,** | : | Magistrate Judge McHargh |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff The Estate of Stephen C. Popovich and defendant Sony Music Entertainment, being all the parties who have appeared herein, hereby stipulate, by and through duly authorized counsel, to the dismissal with prejudice of the First Amended Complaint herein.

| | |
|---|---|
| /s/ *Jonathan M. Sperling* | /s/ *Stephen D. Williger* |
| Jonathan M. Sperling (NY Bar # 2775575) | Stephen D. Williger   (0014342) |
| (*admitted pro hac vice*) | Karen E. Rubin   (0030339) |
| | |
| **COVINGTON & BURLING LLP** | **THOMPSON HINE LLP** |
| The New York Time Building | 3900 Key Center |
| 620 Eighth Avenue | 127 Public Square |
| New York, New York  10018 | Cleveland, Ohio  44114-1291 |
| (212) 841-1153 | (216) 566-5500 |
| (646) 441-9153 (Facsimile) | (216) 566-5800 (Facsimile) |
| *jsperling@cov.com* | *Stephen.Williger@ThompsonHine.com* |
| | *Karen.Rubin@ThompsonHine.com* |
| Attorneys for Defendant | |
| Sony Music Entertainment | Attorneys for Defendant |
| | Sony Music Entertainment |

- 2 -

/s/ *Charles H. Cooper, Jr.*
Charles H. Cooper, Jr.     (0037295)
Rex H. Elliott             (0054054)
Bradley A. Strickling      (0080591)
Barton R. Keyes            (0083979)

**COOPER & ELLIOTT, LLC**
2175 Riverside Drive
Columbus, Ohio 43221
614) 481-6000
(614) 481-6001) (Facsimile)
*chipc@cooperelliott.com*
*bartk@cooperelliot.com*

Attorneys for Plaintiff
The Estate of Stephen C. Popovich