UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF STEPHAN POPOVICH, ) | | Case No. 1:11 CV 2052 |
| ) | | |
| ) | | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | ORDER OF DISMISSAL |
| ) | | |
| SONY MUSIC ENTERTAINMENT, ) | | |
| et al., ) | | |
| ) | | |
| Defendants. ) | | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                 _/s/Donald C. Nugent___
                                                 DONALD C. NUGENT
                                                 United States District Judge

DATE: __November 27, 2012_____